

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00147-CV

———————————————

IN RE R.B., Relator

---

Original Proceeding
467th District Court of Denton County, Texas
Trial Court No. 17-0831-16

---

Before Bassel, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, the real party in interest's response, and the trial court's July 8, 2021 order vacating the complained-of temporary orders and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: July 9, 2021